**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21837-LEIBOWITZ**

**RONALD WALKER,**

*Plaintiff,*

*v.*

**MARKWAYNE MULLIN, *et al.*,**

*Defendants.*
__________________________________/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed this action on March 19, 2026. [ECF No. 1]. Since that date, no summonses have been issued for Defendants. On April 28, 2026, this Court ordered Plaintiff to effectuate service of process on Defendants by **June 17, 2026**, or face "dismissal of this action, *without further notice*." [ECF No. 7 at 1 (emphasis in original)]. That deadline has passed and there is no indication in the docket that Defendants have been served with a copy of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** for failure to effectuate service of process, for failure to prosecute, and for failure to comply with a court order. *See* Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order."); *see also Middlebrooks v. City of Macon-Bibb Cnty., Ga.*, No. 5:23-cv-00083-TES, 2024 WL 555884, at *12 (M.D. Ga. Feb. 12, 2024) (citing *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)) (affirming dismissal of action with prejudice for failure to comply with a court orders and court rules).

**DONE AND ORDERED** in the Southern District of Florida on June 18, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record