**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-21837-LEIBOWITZ**

**RONALD WALKER,**
*Plaintiff,*
*v.*

**MARKWAYNE MULLIN, *et al.*,**
*Defendants.*
______________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court *sua sponte*. The Court dismissed this action on June 22, 2026, for Plaintiff's failure to prosecute, failure to effectuate service of process on Defendant, and failure to comply with a court order. [*See* ECF No. 8]. The ***Clerk of Court*** is, therefore, directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on June 24, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record